No. 2735. MORALES, APELADO, *v.* ROSADO, APELANTE. — Corte de Distrito de Mayagüez. Dominio. Resuelto en mayo 9, 1922. Vista la moción del apelado y la certificación que se acompaña se desestima la apelación interpuesta en este caso.

No. 2744. FORTEZA, APELADO, *v.* JOHN DOE ET AL., APELANTES.—Corte de Distrito de Humacao. Extinción y cancelación de hipotecas. Resuelto en mayo 9, 1922. Vista la moción de desistimiento de apelación presentada por los apelantes, se resuelve de conformidad. *Desistida.*

No. 2734. TORRUELLA ET AL., APELADOS, *v.* MATA ET AL., APELANTES.—Corte de Distrito de Ponce. Reclamación de herencia. Resuelto en mayo 9, 1922. Moción de la apelada para desestimar la apelación. No habiéndose radicado la transcripción de los autos en esta corte, sin que exista exposición alguna en la corte inferior aprobada o pendiente de aprobación, se desestima la apelación.

No. 1923. EL PUEBLO, APELADO, *v.* PETTERSON, APELANTE. Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión grave. Resuelto en mayo 9, 1922. No existe pliego de excepciones ni relación de pruebas y apareciendo que el único error consiste en haberse dictado una sentencia opcional de $50 de multa o 50 días de cárcel, se modifica ésta y se le condena a $50 de multa y en defecto de pago a un día de cárcel por cada dollar que deje de satisfacer. *Confirmada.*

No. 2689. CENTENO, APELADO, *v.* DÍAZ ET AL., APELANTES. Corte de Distrito de Humacao. Desahucio. Resuelto en mayo 11, 1922. No habiendo demostrado el apelante la existencia de ninguna base sólida y verdadera en apoyo del único supuesto error alegado, se confirma la sentencia.